WAUSAU SERVICE COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

*March 14—April 9, 1940.*

For the appellants there was a brief by *Quarles, Spence & Quarles,* attorneys, and *Kenneth P. Grubb* of counsel, all of Milwaukee, and oral argument by *Mr. Grubb.*

For the respondent Industrial Commission there was a brief by the *Attorney General* and *Mortimer Levitan,* assistant attorney general, and oral argument by *Mr. Levitan.*

FOWLER, J.   The issues in this case are the same as those involved in *Western Condensing Co. v. Industrial Comm., ante,* p. 452, 291 N. W. 339, and the decision herein is ruled thereby.

*By the Court.*—The judgment of the circuit court is reversed, and the record is remanded with instructions to enter judgment fixing the amount of the award in accordance with the opinion in the case of *Western Condensing Co. v. Industrial Comm.,* decided herewith.